

December 20, 2023

**Madjeen Garcon-Bonneau**
212.915.5658 (direct)
Madjeen.Garcon-Bonneau@wilsonelser.com

**VIA ECF**

Judge Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square 40 Foley Square, Room 2201
New York, NY 10007

Re:     **Justin Samuels v. Barnard College**
        **Docket No.:**        **1:23-CV-06181 (PAE) (SLC)**
        **Our FileNo.:**       **22643-00057**

Dear Honorable Engelmayer:

We represent defendant Barnard College in the referenced matter. We are writing to respectfully request pursuant to Your Honor's Individual Rules to respectfully request a one-week extension, from January 2, 2024, to January 12, 2024, to submit our answer to the Plaintiff's Amended Complaint. This is our first request for an extension of time. The request is due to the holidays, as we need additional time to thoroughly investigate the claims and prepare a comprehensive response to the complaint. We have contacted the Pro Se Plaintiff, who has informed us that he does not consent to the extension. Currently, this matter is not scheduled for any court appearance.

We appreciate your consideration of this request.  Thank you for your attention to this matter.

Respectfully submitted,

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**


/s/ Madjeen Garcon
Madjeen Garcon

150 East 42nd Street | New York, NY 10017 | p 212.490.3000 | f 212.490.3038 | wilsonelser.com

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Beaumont, TX | Birmingham, AL | Boston, MA | Charlotte, NC | Chicago, IL | Dallas, TX | Denver, CO
Detroit, MI | Edwardsville, IL | Madison, NJ | Garden City, NY | Hartford, CT | Houston, TX | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA
Louisville, KY | McLean, VA | Merrillville, IN | Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orlando, FL | Philadelphia, PA | Phoenix, AZ
Raleigh, NC | San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Washington, DC | West Palm Beach, FL | White Plains, NY

291060267v.1