Subject: Opposition to Defendant's Request for Extension

Justin Samuels
Rua 19, N•13 Parque Industrial da Quimigal
2830-138 Barreiro
Portugal
<nywriter55@outlook.com>
12/20/2023


Paul A Engelmayer
US District Court
Southern Distrct of New York
500 Pearl Street
New York, NY 10007

Re: Justin Samuels v. Barnard College

Case Number: 1:23-cv-06181-PAE-SLC

Dear Honorable Judge Engelmayer:

I hope this letter finds you well. I am writing as the plaintiff in the referenced case to express my opposition to the defendant's recent request for a further extension of time.

As outlined in the rules governing federal lawsuits, defendants are typically granted a period of 21 days to respond or otherwise plead. However, it has come to my attention that the defendant has already benefited from a considerable extension beyond this standard timeframe.

Given the nature of this case and the ample time already afforded to the defendant, I believe that granting an additional extension would unduly delay the proceedings and potentially prejudice my ability to seek a timely resolution.

I respectfully request that the court carefully considers the defendant's prior extensions when evaluating the current request. Timely resolution is crucial to the fair and efficient administration of justice in this matter.

Thank you for your attention to this matter. I trust that the court will weigh this opposition judiciously and make a decision that promotes the interests of justice.

Sincerely,

Justin Samuels