UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUSTIN SAMUELS,<br><br>　　　　　　　　Plaintiff,<br><br>　-v-<br><br>BARNARD COLLEGE,<br><br>　　　　　　　　Defendant. | CIVIL ACTION NO. 23 Civ. 6181 (PAE) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

On January 12, 2024, Defendant Barnard College ("Barnard") moved to dismiss the First Amended Complaint (ECF No. 9 (the "FAC")) filed by pro se Plaintiff Justin Samuels ("Mr. Samuels"). (ECF No. 24 ("the "First MTD")). On January 14, 2024, Mr. Samuels filed the Second Amended Complaint. (ECF No. 31 (the "SAC"); see ECF No. 32 (construing ECF No. 31 as the SAC)). On March 1, 2024, Barnard moved to dismiss the SAC. (ECF No. 36 (the "Second MTD")).

Accordingly, the Court orders as follows:

1. The First MTD (ECF No. 24) is DENIED AS MOOT.

2. By **March 29, 2024**, Mr. Samuels shall file an opposition to the Second MTD.

3. By **April 12, 2024**, Barnard shall file a reply to the Second MTD.

The Clerk of Court is respectfully directed to close ECF No. 24.

Dated: New York, New York
March 1, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2