UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN SAMUELS,

                Plaintiff,

-v-                                      CIVIL ACTION NO. 23 Civ. 6181 (PAE) (SLC)

BARNARD COLLEGE,                              **ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

      Before the Court is the request of pro se Plaintiff Justin Samuels for "permission to add additional evidence to the ongoing proceedings" in this case. (ECF No. 51 at 1 (the "Request")). The Request is DENIED. The motion to dismiss the Second Amended Complaint (the "SAC") filed by Defendant Barnard College (ECF No. 36 (the "MTD")) has been fully briefed and referred to the undersigned for a report and recommendation (ECF No. 27), which will issue in due course. To the extent Mr. Samuels seeks leave to amend the SAC, that can be raised following a ruling on the MTD.

Dated:      New York, New York
              May 2, 2024

                                                    SO ORDERED.

                                                      **SARAH L. CAVE**
                                                      **United States Magistrate Judge**