Justin Samuels
120 Laketa Drive
Gallon, AL. 36742
929-435-2262
nywriter55@outlook.com
December 30, 2024

United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Samuels vs Barnard College
Case Number: 1:23-CV-06181 (PAE) (SLC)

Dear Honorable Judge Paul Engelmayer:

I am writing regarding the above-referenced case to bring to the Court's attention a matter concerning the Defendant's actions.

In October 2024, Barnard College requested an extension of time to file a submission by December 16, 2024. As of the date of this letter, to the best of my knowledge, no submission has been made by Barnard. Given this lack of compliance, I respectfully request that the Court grant the lawsuit in accordance with the recommendations made by Magistrate Judge Sarah Cave.

I trust the Court will consider this matter with the seriousness it deserves and take appropriate action to uphold the integrity of these proceedings. Should additional information or clarification be needed, I am available at 929-435-2262 or nywriter55@outlook.com.

Thank you for your time and consideration.

Respectfully,

Justin Samuels