Justin Samuels
104 West 174th Street
Apt. 5B
Bronx, NY  10453
nywriter55@outlook.com
929-435-2262

January 7, 2025

The Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Case No. 1:23-cv-06181-PAE-SLC

Dear Judge Cave,

I am writing to confirm that I, Justin Samuels, the plaintiff in the above-referenced case, am available for the initial pre-trial conference scheduled for February 10, 2025, at 12:00 PM.

Please let me know if any additional information or documentation is required ahead of the conference.

Thank you for your attention to this matter.

Respectfully,

Justin Samuels