UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN SAMUELS,

                Plaintiff,

  -v-                                        CIVIL ACTION NO. 23 Civ. 6181 (PAE) (SLC)

BARNARD COLLEGE,                    **CASE MANAGEMENT PLAN**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the initial case management conference held today, February 10, 2025, the Court orders as follows:

1. The parties shall complete fact discovery by **Friday, August 29, 2025**. Fact discovery shall proceed as follows:

    a. By **Friday, March 7, 2025**, the parties shall serve all initial document requests.

    b. By **Friday, March 21, 2025**, the parties shall serve any subpoenas for documents to be produced by non-parties.

    c. By **Friday, July 11, 2025**, the parties shall complete all depositions.

    d. By **Friday, September 5, 2025**, the parties shall file a joint letter certifying the completion of fact discovery.

    e. The parties did not propose a deadline by which Mr. Samuels must file any further amendments to his complaint, and the Court therefore sets the deadline to file any such amended complaint for **Monday, March 31, 2025.** Any proposed amended complaint filed by that date shall be filed pursuant to Federal Rule of Civil Procedure 15(a). Any proposed amendment following

>   March 31, 2025 will be permitted only on a showing of "good cause" under Federal Rule of Civil Procedure 16(b)(4).

2. With respect to Barnard College's anticipated motion for judgment on the pleadings, the Court sets the following deadlines:

   a. Motion: **Friday, February 28, 2025**

   b. Opposition: **Friday, March 21, 2025**

   c. Reply: **Friday, April 4, 2025**

3. A status conference is scheduled for **Monday, April 21, 2025 at 12:00 p.m. EST** on the Court's Microsoft Teams platform. The parties are directed to call: (646) 453-4442; access code: 112-997-836#, at the scheduled time.

Finally, Mr. Samuels is reminded that there is a legal clinic in the Southern District of New York to assist parties proceeding without lawyers in civil cases. The Clinic is run by a private organization called the City Bar Justice Center; it is not part of or run by the Court and it cannot accept filings on behalf of the Court. The Clinic is located at the Thurgood Marshall United States Courthouse, 40 Centre Street, Room LL22, New York, New York 10007, which is just inside the Pearl Street entrance to the Courthouse. The Clinic is open on weekdays from 10:00 a.m. to 4:00 p.m., except on days when the Court is closed. An unrepresented party can make an appointment in person, by calling (212) 382-4794, or by emailing fedprosdny@nycbar.org.

Dated:   New York, New York
         February 10, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge