Justin Samuels
104 west 174th Street
Bronx, NY  10453
nywriter55@outlook.com
929-435-2262
02/25/2025

**Honorable Sarah L. Cave**
United States Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

**Re: Samuels v. Barnard College, Case No.** 1:23-cv-06181-PAE-SLC

Dear Judge Cave,

I respectfully request an extension of time to complete my initial disclosures in the above-referenced case. Currently, the deadline for initial disclosures is [current deadline], and I request an extension until **March 5, 2025**, to finalize and submit them.

This additional time is necessary to ensure that I can provide complete and accurate disclosures. I have not previously requested an extension for this deadline, and I do not anticipate that this request will cause any undue delay in the proceedings.

I have contacted counsel for the defendant to seek their position on this request and will promptly update the Court if they provide a response.

Thank you for your time and consideration.

Respectfully submitted,

Justin Samuels