Justin Samuels
104 west 174th Street
Bronx, NY  10453
nywriter55@outlook.com
929-435-2262
02/25/2025

**Honorable Sarah L. Cave**
United States Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

The Court is in receipt of Plaintiff Justin Samuels'
request for an extension of time to complete his initial
disclosures pursuant to Federal Rule of Civil Procedure
26.  (ECF No. 73).  Mr. Samuels' request is GRANTED,
and he shall complete initial disclosures by **Wednesday,
March 5, 2025.**

SO ORDERED.    3/3/2025

SARAH L. CAVE
United States Magistrate Judge

**Re: Samuels v. Barnard College, Case No.** 1:23-cv-06181-PAE-SLC

Dear Judge Cave,

I respectfully request an extension of time to complete my initial disclosures in the above-referenced case. Currently, the deadline for initial disclosures is [current deadline], and I request an extension until **March 5, 2025**, to finalize and submit them.

This additional time is necessary to ensure that I can provide complete and accurate disclosures. I have not previously requested an extension for this deadline, and I do not anticipate that this request will cause any undue delay in the proceedings.

I have contacted counsel for the defendant to seek their position on this request and will promptly update the Court if they provide a response.

Thank you for your time and consideration.

Respectfully submitted,

Justin Samuels