UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN SAMUELS,

                Plaintiff,

-v-                                 CIVIL ACTION NO. 23 Civ. 6181 (PAE) (SLC)

BARNARD COLLEGE,                      **ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Yesterday, April 29, 2025, the undersigned issued a Report and Recommendation recommending that Defendant Barnard College's pending Motion for Judgment on the pleadings be converted to a motion for summary judgment and that the Motion, so converted, be granted. (See ECF No. 79 (the "R&R")). In light of this recommendation, the Court holds in abeyance the Case Management Plan's deadlines (see ECF No. 69) pending the Honorable Paul A. Engelmayer's consideration of the R&R.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Samuels.

Dated:      New York, New York
              April 30, 2025

                                              SO ORDERED.

                                              _/s/ Sarah L. Cave_
                                              **SARAH L. CAVE**
                                              **United States Magistrate Judge**