**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
JUSTIN SAMUELS,

                Plaintiff,                23 **CIVIL** 6181 (PAE)

    -against-                          **JUDGMENT**

BARNARD COLLEGE,

               Defendants.
-------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 30, 2025, Defendant's motion for summary judgment is granted. Judgment is entered in favor of Barnard; accordingly, this case is closed.

**Dated:**  New York, New York

    May 30, 2025

                                          **TAMMI M. HELLWIG**
                                                Clerk of Court

                          **BY:**

                                                  **Deputy Clerk**